

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 11, 2020

**BY EMAIL and ECF**
The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Michols Pena, 20 cr. 600*

Dear Judge Hellerstein:

The Government respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the initial pretrial conference, currently set for Wednesday, December 16, 2020 at 9 a.m., so that the Government can begin to produce discovery and engage in plea discussions. Defense counsel consents to the request.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: */s Mathew Andrews*
Mathew Andrews
Assistant United States Attorney
(212) 637-6526

*[Handwritten annotation: Time is excluded until Wednesday, Dec 16, 2020.*
*X ___ Alvin K. Hellerstein 12-11-2020]*