UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES,

               -against-

MICHOLS PENA,

                             Defendant.
------------------------------------------------------------ x

**ORDER REGULATING PROCEEDINGS**

20 Cr. 600 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On December 16, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, the Government must make its production, including any and all *Brady* material, by January 8, 2021. Parties are hereby ordered to appear for a status conference on January 25, 2021, at 11 a.m., during which Defense counsel must declare any evidentiary motions and provide a briefing schedule. Time is excluded until then in the interest in justice.

       SO ORDERED.

Dated:    December 17, 2020        /s/
             New York, New York     ALVIN K. HELLERSTEIN
                                         United States District Judge