

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2021

**BY CM/ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Michols Pena and Victor Rivera*, 20 Cr. 600 (AKH)

Dear Judge Hellerstein:

The Government respectfully requests an additional 45 days to file a superseding indictment in the above-captioned matter. During the parties' pretrial conference on April 5, 2021, the Court imposed a deadline of May 3, 2021 to file superseding charges. The Government has been dutifully investigating to meet the Court's deadline and currently anticipates seeking a superseding indictment. However, the Government requires additional time to ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ An additional 45 days will enable the Government to finish investigating this conduct and make a determination as to whether charges are warranted.[1]

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:    /s/ Mathew Andrews
Mathew Andrews / Andrew K. Chan
Assistant United States Attorney
Tel.: (212) 637-6526 / 1072

Cc: Counsel for the Defendants (by CM/ECF)

---

[1] Because portions of this letter include information about an ongoing investigation into uncharged criminal conduct, the Government requests that the unredacted version of this letter be filed *ex parte* and under seal.