AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America )
*Plaintiff*  )
v.  )   Case No. 20 CR 600
Nichols Peña )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nichols Peña

Date: 4.25.2022

_____
*Attorney's signature*

Barry Goldberg  4696
*Printed name and bar number*

11 Park Place #1005 NY NY 10007
*Address*

Goldberglaw@gmail.com
*E-mail address*

917-682-0364
*Telephone number*

_____
*FAX number*