**BARRY GOLDBERG, P.C.**
ATTORNEY AT LAW
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007
(212) 269-2363

June 23, 2023

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY                                              VIA ECF

      Re:  United States vs. Michols Pena
           20-CR-600 (ER)

Dear Judge Ramos:

    As the court is aware, I represent the above-referenced defendant.  Mr. Pena is scheduled to be sentenced on June 28, 2023.  Please be advised that I have been notified by Mr. Pena that he no longer wishes for me to represent him.  My understanding is that he will be hiring new counsel.  Accordingly, please adjourn this sentencing for 30 days in order to allow Mr. Pena to obtain new counsel.

    Thank you for your anticipated cooperation in this matter.  If you have any questions please feel free to contact my office.

Yours Truly,
*s/Barry Goldberg*
Barry Goldberg, Esq.                                    SO ORDERED:

 

_____
Honorable Edgar Ramos