## JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053

July 18, 2023

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
N.Y., N.Y. 10007

Re: U.S. v. Michols Pena
20 Cr. 600 (ER)

Dear Judge Ramos:

    I am writing to request that the sentencing of Michols Pena currently scheduled for August 1, 2023 be adjourned to a date after September 6, 2023. I need this adjournment in order to confer with my client and prepare sentencing submissions.

    I have conferred with the Government and they have no objection to this request. Thank you for time and consideration in this matter.

Respectfully yours,

/S/
John Burke
Attorney for Michols Pena