JOHN M. BURKE

Attorney at Law                                    26 Court Street  -  Suite 2805
                                                   Brooklyn,  New  York   11242
                                                   Tel:  (718) 875-3707
**MEMO ENDORSED**                                   Fax: (718) 875-0053

                                                     July 18, 2023

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
N.Y., N.Y. 10007                          Re: U.S. v. Michols Pena
                                             20 Cr. 600 (ER)

Dear Judge Ramos:

        I am writing to request that the sentencing of Michols Pena currently scheduled
for August 1, 2023 be adjourned to a date after September 6, 2023.  I need this
adjournment in order to confer with my client and prepare sentencing submissions.

    I have conferred with the Government and they have no objection to this request.
Thank you for time and consideration in this matter.


                                        Respectfully yours,

                                             /S/
                                          John Burke
                                    Attorney for Michols Pena


Sentencing is adjourned to September 7, 2023 at 2:30 p.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:    7/18/2023
New York, New York