UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

MICHOLS PENA,

                Defendant.
-------------------------------------------------x

**NOTICE OF HEARING**

20 Cr. 600-2 (ER)

On July 17, 2023, the Court received a letter by Mr. Michols requesting substitution of counsel. Accordingly, a hearing will be held on **July 26, 2023 at 11 a.m.** before the Hon. Edgardo Ramos, U.S.D.J., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619.

Dated: New York, New York
         July 18, 2023

                                                  s/ Jazmin Rivera
                                           Jazmin Rivera, Courtroom Deputy