

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

January 14, 2026

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:     *United States v. Michols Pena,* **20 Cr. 600-2 (ER)**

Dear Judge Ramos:

The Government writes to request a one-day adjournment of the currently scheduled January 14, 2026 status conference in the above-referenced matter, to 2 p.m. on January 15, 2026, due to the Government's inadvertent failure to timely request the defendant's production for today's conference. Defense counsel and the Probation Office have confirmed that they are available at the requested time.

Sincerely,

JAY CLAYTON
United States Attorney

By: _____
Katherine Cheng
Assistant United States Attorney
Southern District of New York
katherine.cheng@usdoj.gov
212-637-2492

cc:     Steven Legon, Esq. (by ECF)

---

The status conference is adjourned to January 15, 2026, at 2 p.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: __1/14/2026__
New York, New York