UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

                - against -                        **ORDER**

MICHOLS PENA,                         20-cr-600-2 (ER)

                      Defendant.
--------------------------------------------------------x

      The sentencing hearing presently scheduled for January 26, 2026, is hereby **rescheduled for February 6, 2026, at 10:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  New York, New York
        January 22, 2026

                                    Edgardo Ramos, U.S.D.J.