UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -                    **ORDER**

MICHOLS PENA,                    20-cr-600-2 (ER)

                Defendant.
----------------------------------------------------------x

        The sentencing hearing presently scheduled for February 6, 2026, is hereby **rescheduled for 2:00 p.m. on February 6,** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

        SO ORDERED.

Dated:  New York, New York
        January 23, 2026

                              Edgardo Ramos, U.S.D.J.