UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

MICHOLS PENA,

Defendant.

**ORDER**

20 Cr. 600-2 (ER)

Ramos, D.J.:

The C.J.A. attorney assigned to receive cases on this day, **Steven Zachary Legon**, is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC **June 18, 2026**.

SO ORDERED.

Dated: New York, New York
December 9, 2024

Edgardo Ramos, U.S.D.J.